[No. 45526-5-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ALLEN LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00607-9, Anthony P. Wartnik, J., entered April 19, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45609-1-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIUS JAMES WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04769-7, Anthony P. Wartnik, J., entered October 13, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45679-2-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY WILLIAM MARKISHTUM, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-1-08187-9, Anthony P. Wartnik, J., entered September 3 and November 12, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Webster, JJ.

[No. 45718-7-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SOLOMON RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05063-7, William L. Downing, J., entered November 12, 1999. *Dismissed* by unpublished per curiam opinion.